934 A.2d 634

GEORGE VAZQUEZ, APPELLANT–APPELLANT, v. NEW JERSEY DEPARTMENT OF CORRECTIONS, RESPONDENT–RESPONDENT.

October 23, 2007.

This matter having been duly presented to the Court on defendant's appeal as of right, and the Court having determined that the matter does not raise a substantial constitutional question under *Rule* 2:2–1(a)(1) and the applicable case law, nor an issue warranting certification under *Rule* 2:12–4;

It is ORDERED that the appeal is dismissed.

934 A.2d 635

WALTER SROCZYNSKI, PETITIONER–RESPONDENT, v. JOHN MILEK, T/A JOHN MILEK CONSTRUCTION, RESPONDENT–RESPONDENT, AND NEW JERSEY MANUFACTURERS INSURANCE COMPANY, RESPONDENT–MOVANT, AND UNINSURED EMPLOYERS FUND, RESPONDENT–RESPONDENT, AND ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL, INTERVENOR–RESPONDENT.

October 31, 2007.

ORDERED that the motion for leave to appeal is granted.